KOELLHOFFER v. HILLEBRAND et al. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by Silverius Koellhoffer against Henry Hillebrand and others. No opinion. Motion granted, upon payment of $10 costs of motion, and upon condition that plaintiff be permitted to withdraw his appeal to the Court of Appeals, if he be so advised. See, also, 144 App. Div. 915, 129 N. Y. Supp. 1131.

KOPER et al., Respondents, v. EYMER, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by Henry Koper and others, copartners, etc., against Martin Eymer. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.

KOSTER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Emil M. Koster against the City of New York. No opinion. Motion denied, without costs. See, also, 137 N. Y. Supp. 1126.

KOTARY, Respondent, v. SCHOFF, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by Frank Kotary against Henry Schoff. No opinion. Judgment affirmed, with costs.

In re KUEHNERT. (Supreme Court, Appellate Division, First Department. December 27, 1912.) In the matter of Robert Kuehnert. No opinion. Interrogatories allowed and settled. See, also, 137 N. Y. Supp. 1126.

KUNTZSCH, Appellant, v. KUNTZSCH, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by William J. Kuntzsch against Sadie Kuntzsch, as executrix, etc.
PER CURIAM. Judgment affirmed, with costs.
McLENNAN, P. J., not voting.

LACIAR, Respondent, v. JACKSON MOTOR CO., Appellant. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Robert J. Laciar against the Jackson Motor Company. J. H. Dougherty, of New York City, for appellant. J. A. Gray, of New York City, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

LAKE SHORE & M. S. RY. CO., Appellant, v. KEITH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 27, 1912.) Action by the Lake Shore & Michigan Southern Railway Company against Charles N. Keith and others.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
LAMBERT, J., not sitting.

LAMBORN, Respondent, v. LOUISIANA SUGAR CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Arthur H. Lamborn against the Louisiana Sugar Company and others. M. W. Ehrich, of New York City, for appellants. L. F. Dodd, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LANDAU v. SOLOMONS et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Peter A. Landau against Henry Solomons and others. No opinion. Motion denied, with $10 costs. Order filed. Memorandum per curiam. See, also, 137 N. Y. Supp. 1126.

LANDAU, Respondent, v. SOLOMONS et al., Appellants. (two cases). (Supreme Court, Appellate Division, First Department. November 22, 1912.) Actions by Peter A. Landau and by August A. Landau against Henry Solomons and others. E. J. Redington, of New York City, for appellants. J. Beihill, of New York City, for respondent. No opinion. Judgments and orders affirmed, with costs. Orders filed.

LARRIVEY, Appellant, v. LARRIVEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by Jessie R. Larrivey against Delbert O. Larrivey. No opinion. Order affirmed, without cost.

LAWSON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by Joseph Lawson, Jr., against the New York Central & Hudson River Railroad Company. R. A. Kutschback, of New York City, for appellant. A. P. Jetmore, of New York City, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
INGRAHAM, P. J., and LAUGHLIN, J., dissent.

LEAHY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Mary E. Leahy against the City of New York. G. M. Curtis, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.